UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LOUIS A PERRONE § Case No. 11-03316
ANDREA M PERRONE §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/STEVEN R. RADTKE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-03316 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | LOUIS A PERRONE | | | | Date Filed (f) or Converted (c): | 01/28/2011 (f) |
| | ANDREA M PERRONE | | | | 341(a) Meeting Date: | 03/14/2011 |
| For Period Ending: | 09/13/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 1145 N Lincoln, Park Ridge, IL 60068 zillo | 289,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Property 1021 N Knight, Park Ridge, IL 60068 | 253,333.00 | 21,762.00 | DA | 0.00 | FA |
| 3. Property 6265 Santander Avenue, Las Vegas, NV 89103 | 126,400.00 | 37,287.00 | | 135,112.94 | FA |
| 4. Checking account with Citibank | 100.00 | 100.00 | DA | 0.00 | FA |
| 5. Checking account with Harris Bank | 900.00 | 450.00 | DA | 0.00 | FA |
| 6. Checking Account with CharterOne Bank. | 100.00 | 100.00 | DA | 0.00 | FA |
| 7. Checking Account With Harris Bank. | 100.00 | 100.00 | DA | 0.00 | FA |
| 8. Household Goods and furniture | 300.00 | 300.00 | DA | 0.00 | FA |
| 9. Clothing | 400.00 | 400.00 | DA | 0.00 | FA |
| 10. 1000 Shares of Stock in Chicago Land Builders. | 1.00 | 1.00 | DA | 0.00 | FA |
| 11. $38,000.00 worth of stock inheritance. | 19,000.00 | 19,000.00 | | 23,053.66 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.63 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $689,634.00  $79,500.00  $158,171.23  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold stock; trustee's motion for authority to sell real estate in las vegas nevada set for hearing on December 6, 2011; sale concluded; waited for tax returns and response from IRS re 505(b) request; TFR prepared and needs final review before sending to UST Reviewer for ok to file

Initial Projected Date of Final Report (TFR): 09/28/2012     Current Projected Date of Final Report (TFR):

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-03316 | Trustee Name: STEVEN R. RADTKE |
| Case Name: LOUIS A PERRONE | Bank Name: Associated Bank |
| ANDREA M PERRONE | Account Number/CD#: XXXXXX0153 |
| | Checking |
| Taxpayer ID No: XX-XXX6198 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/13/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0593 | Transfer of Funds | 9999-000 | $59,296.33 | | $59,296.33 |

| | | |
|---|---|---|
| COLUMN TOTALS | $59,296.33 | $0.00 |
| Less: Bank Transfers/CD's | $59,296.33 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:    $59,296.33    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-03316 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | LOUIS A PERRONE | | Bank Name: | Bank of America |
| | ANDREA M PERRONE | | Account Number/CD#: | XXXXXX9973 |
| | | | | Money Market Account |
| Taxpayer ID No: | XX-XXX6198 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/13/2012 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/11 | 11 | Donna Wilhelm | proceeds of sale of stock<br>Official Check from Charter One #530593649-3 | 1129-000 | $23,053.66 | | $23,053.66 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.16 | | $23,053.82 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,054.01 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $23,054.21 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,054.40 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $23,054.60 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.37 | $23,025.23 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,025.42 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.39 | $22,997.03 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,997.22 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.35 | $22,968.87 |
| 01/06/12 | | Ticor Title of Nevada<br>2285 Corporate Circle, Suite 130<br>Henderson, NV 89074 | Proceeds of Sale | | $36,689.82 | | $59,658.69 |
| | | | Gross Receipts  $135,112.94 | | | | |
| | 3 | | Property 6265 Santander Avenue, Las Vegas, NV 89103  $135,112.94 | 1110-000 | | | |
| | | | Broker's commission  ($8,100.00) | 3510-000 | | | |
| | | | Title Charges  ($300.00) | 3520-000 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*          Page Subtotals:                    $59,744.80    $86.11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-03316
Case Name: LOUIS A PERRONE
ANDREA M PERRONE

Taxpayer ID No: XX-XXX6198
For Period Ending: 09/13/2012

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX9973
Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Home Warranty ($455.00) | 2500-000 | | | |
| | | | Homeowner Association Fee ($125.00) | 2500-000 | | | |
| | | | RE Transaction Fee-Listing to Ameridream ($495.00) | 2500-000 | | | |
| | | | Sewer Dues to Clark County Water Reclamation District ($175.68) | 2500-000 | | | |
| | | | Sanitation Dues to Republic Services of Southern Nevada ($94.00) | 2500-000 | | | |
| | | | Payoff of first mortgage loan to CitiMortgage ($85,805.78) | 2500-000 | | | |
| | | | Transfer Tax ($688.50) | 2500-000 | | | |
| | | | Owners Policy ($820.00) | 2500-000 | | | |
| | | | Credit for Tenant Deposit ($1,350.00) | 2500-000 | | | |
| | | | County Taxes ($13.12) | 4700-000 | | | |
| | | | HOA ($1.04) | 2500-000 | | | |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.47 | | $59,659.16 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.72 | $59,588.44 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.47 | | $59,588.91 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.82 | $59,518.09 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.50 | | $59,518.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                          Page Subtotals:                                    $1.44            $141.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-03316 | Trustee Name: STEVEN R. RADTKE |
| Case Name: LOUIS A PERRONE | Bank Name: Bank of America |
| ANDREA M PERRONE | Account Number/CD#: XXXXXX9973 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX6198 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/13/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.18 | $59,445.41 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.49 | | $59,445.90 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.52 | $59,370.38 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.50 | | $59,370.88 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.43 | $59,295.45 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.48 | | $59,295.93 |
| 07/25/12 | INT | Bank of America | Post accrued interest for account number 4437829973. | 1270-000 | $0.40 | | $59,296.33 |
| 07/25/12 | | Transfer to Acct # xxxxxx0593 | Transfer of Funds from MMA account xxx9973 to Checking account xxx0593 | 9999-000 | | $59,296.33 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $59,748.11 | $59,748.11 |
| Less: Bank Transfers/CD's | $0.00 | $59,296.33 |
| Subtotal | $59,748.11 | $451.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,748.11 | $451.78 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*      Page Subtotals:    $1.87    $59,520.46

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-03316 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | LOUIS A PERRONE | Bank Name: | Bank of America |
| | ANDREA M PERRONE | Account Number/CD#: | XXXXXX0593 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6198 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/13/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/12 | | Transfer from Acct # xxxxxx9973 | Transfer of Funds from MMA account xxx9973 to Checking account xxx0593 | 9999-000 | $59,296.33 | | $59,296.33 |
| 08/31/12 | | Transfer to Acct # xxxxxx0153 | Transfer of Funds | 9999-000 | | $59,296.33 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $59,296.33 | $59,296.33 |
| Less: Bank Transfers/CD's | $59,296.33 | $59,296.33 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*     Page Subtotals:     $59,296.33     $59,296.33

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0153 - Checking | $0.00 | $0.00 | $59,296.33 |
| XXXXXX0593 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9973 - Money Market Account | $59,748.11 | $451.78 | $0.00 |
| | $59,748.11 | $451.78 | $59,296.33 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $98,423.12 |
| Total Net Deposits: | $59,748.11 |
| Total Gross Receipts: | $158,171.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-03316-PSH  
Debtor Name: LOUIS A PERRONE  
Claims Bar Date: 7/5/2011  

Date: September 13, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $11,158.56 | $11,158.56 |
| 100 2200 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $5.40 | $5.40 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $12,262.50 | $12,262.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $56.93 | $56.93 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,449.00 | $1,449.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Citibank (South Dakota) N.A.<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $37,930.26 | $37,930.26 |
| 3 300 7100 | N. A. Chase Bank Usa<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured | | $0.00 | $1,685.72 | $1,685.72 |
| 4 300 7100 | Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $943.15 | $943.15 |
| 5 300 7100 | Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $519.62 | $519.62 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-03316-PSH  
Debtor Name: LOUIS A PERRONE  
Claims Bar Date: 7/5/2011  

Date: September 13, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Unsecured | | $0.00 | $45,583.91 | $45,583.91 |
| 7 300 7100 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Unsecured | | $0.00 | $14,412.26 | $14,412.26 |
| 8 300 7100 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Unsecured | | $0.00 | $5,027.77 | $5,027.77 |
| 9 300 7100 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Unsecured | | $0.00 | $12,126.54 | $12,126.54 |
| 10 300 7100 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Unsecured | | $0.00 | $10,606.69 | $10,606.69 |
| 11 300 7100 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Unsecured | | $0.00 | $5,824.97 | $5,824.97 |
| | Case Totals | | | $0.00 | $159,593.28 | $159,593.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-03316
Case Name: LOUIS A PERRONE
            ANDREA M PERRONE
Trustee Name: STEVEN R. RADTKE

        Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: TRUSTEE STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses        $_____

        Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ | $ | $ |
| 3 | N. A. Chase Bank Usa | $ | $ | $ |
| 4 | Atlas Acquisitions Llc | $ | $ | $ |
| 5 | Atlas Acquisitions Llc | $ | $ | $ |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | $ | $ | $ |
| 7 | Pyod Llc Its Successors And Assigns As Assignee Of | $ | $ | $ |
| 8 | Pyod Llc Its Successors And Assigns As Assignee Of | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Na/Bank Of America Fia Card Services | $ | $ | $ |
| 10 | Na/Bank Of America Fia Card Services | $ | $ | $ |
| 11 | Na/Bank Of America Fia Card Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE