**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| PERRONE, LOUIS A | ) | CASE NO. 11-03316-PSH |
| PERRONE, ANDREA M | ) | |
| Debtor(s) | ) | Hon. Pamela S. Hollis |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:   STEVEN R. RADTKE, Chapter 7 Trustee

Authorized to Provide   Estate of LOUIS A & ANDREA M. PERRONE
Professional Service to:

Date of Order Authorizing Employment:   January 28, 2011
Period for Which
Compensation is Sought:   January 28, 2011 to close of case

Amount of Fees Sought:   $11,158.56

Amount of Expense   $5.40
Reimbursement Sought:

This is a(n):     Interim Application ___     Final Application _X_

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

DATED: _____     By: _____
                                         STEVEN R. RADTKE, Trustee

STEVEN R. RADTKE
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
PerroneCvrShTrAppFee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| PERRONE, LOUIS A | ) | CASE NO. 11-03316-PSH |
| PERRONE, ANDREA M | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Pamela S. Hollis

NOW COMES STEVEN R. RADTKE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $11,158.54 as compensation and $5.40 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $158,171.23. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $5,408.56 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $11,158.56 | |

## II. TRUSTEE'S EXPENSES

Postage (mailing out distribution checks)     $5.40

TOTAL EXPENSES                                 $5.40

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____          /s/ STEVEN R. RADTKE
                                         STEVEN R. RADTKE, Trustee


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603
Other          (312) 346-1935
Business
Other          (312) 346-2138
PerroneTrAppComp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Perrone, Louis A. and Andrea M. | ) | CASE NO. 11-03316-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois      )
County of Cook     )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Trustee's Application for Allowance for Compensation and Expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4. Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 3rd day
of October, 2012.

_____
Notary Public
PerroneTrAppComp

SOCORRO CHAVEZ
MY COMMISSION EXPIRES
MARCH 11, 2014

3

## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs.

2. The Trustee received and analyzed debtors' tax returns.

3. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

4. The Trustee filed his Initial Report of Assets.

5. The Trustee retained counsel to object to one of the Debtor's claim for a homestead exemption in Nevada real estate and to assist in liquidation of estate assets.

6. The Trustee retained a real estate broker in Las Vegas, Nevada to market estate real property located at 6255 Santander Ave., Las Vegas, Nev.

7. The Trustee obtained court authority to sell the Las Vegas real estate for the gross amount of $135,112.00. The Trustee sold the estate's right title and interest in certain securities for the gross amount of $23,053.66. He received and deposited the proceeds of the sales in an interest bearing estate account.

8. The Trustee retained an accountant to prepare and file necessary fiduciary income tax returns.

9. The Trustee requested and received prompt determinations from the Internal Revenue Service and the Illinois Department of Revenue pursuant to 11 U.S.C. 505(b).

10. The Trustee reviewed the claims filed in the case. He negotiated with the Internal Revenue Service regarding its priority claim in the amount of $9,744.00 with the result that that the claimant filed an amended claim in the amount of $0.00 without the necessity of filing an objection to the claim.

11. The Trustee managed the estate's cash on hand. This included investing the estate's funds in an interest bearing account and maintaining a report of cash receipts and disbursements.

12. The Trustee prepared his Final Report.

13. In addition to time itemized on the attached Schedule, the Trustee estimates that he will spend an additional 4 hours rendering services with a value of $1,400.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

PerroneTrAppComp

**EXHIBIT A**

September 13, 2012

Steven R. Radtke, Trustee
Louis& Andrea Perrone, Debtors
CHILL CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

RE: Bankruptcy Estate of Louis A. & Andrea M.
Perrone, Debtors
Chapter 7; Case No. 11-03316: Filed: 01/28/2011
Compensation & Expenses of S. R. Radtke, Trustee
Perrone - #1021

**Professional services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/24/11 SRR | Email from Debtor's attorney regarding affidavit of self employment (.10); review same (.10) | 0.20<br>375.00/hr | 75.00 |
| SRR | Email from Debtor's attorney attaching partial 341 documents; review same | 0.50<br>375.00/hr | 187.50 |
| 2/28/11 SRR | Received email with additional 341 documents attached; reviewed same. | 0.30<br>375.00/hr | 112.50 |
| 3/4/11 SRR | Review law regarding claiming homestead exemption under Illinois law for property in Las Vegas; review homestead exemption under Nevada law | 1.50<br>375.00/hr | 562.50 |
| 3/8/11 SRR | Review Debtor's bankruptcy schedules and statement of financial affairs. | 0.30<br>375.00/hr | 112.50 |
| 3/9/11 SRR | Email from Debtor's attorney regarding debtor's stock holdings. | 0.10<br>375.00/hr | 37.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Steven R. Radtke, Trustee | | | | Page 2 |
| 3/9/11 | SRR | Analyze Compushare account statement (.30); phone call to investor services regarding requirements for transfer of shares (.40). | 0.70<br>375.00/hr | 262.50 |
| | SRR | Email from Debtor's attorney re debtor's stock holdings and analysis of holdings. | 0.50<br>375.00/hr | 187.50 |
| 3/14/11 | SRR | Examined Debtors at 341 meeting | 0.10<br>375.00/hr | 37.50 |
| 3/21/11 | SRR | Phone call to brokerage transfer agents regarding liquidating requests (.50); phone call to Debtor's attorney regarding same (.10); search for Las Vegas real estate broker (1.00); phone call to Duncan Farmer (.10) | 1.70<br>375.00/hr | 637.50 |
| | SRR | Phone call to M. Sterling re Las Vegas property; left word | 0.20<br>375.00/hr | 75.00 |
| 3/22/11 | SRR | Phone call from Duncan Farmer re possible retention to sell Las Vegas real estate | 0.20<br>375.00/hr | 75.00 |
| 3/25/11 | SRR | Email to Debtor's attorney regarding sister's interest in purchasing securities, procedure for selling stock to sister in lieu of liquidating on open market, and need for cost basis. | 0.30<br>375.00/hr | 112.50 |
| | SRR | Email to Joe Olstein re Debtor's sister's proposed offer to purchase estate's interest in securities, mechanics of getting Court approval and tax issues. | 0.30<br>375.00/hr | 112.50 |
| 3/26/11 | SRR | Email to Debtor's attorney re offer to purchase securities | 0.20<br>375.00/hr | 75.00 |
| 3/28/11 | SRR | Receipt and review of correspondence from Computer Share regarding stock transfer instructions | 0.20<br>375.00/hr | 75.00 |
| 3/31/11 | SRR | Further internet search re Nevada homestead exemption laws. | 0.50<br>375.00/hr | 187.50 |
| | SRR | Follow up email to Debtor's attorney re need for written offer. | 0.20<br>375.00/hr | 75.00 |
| 4/1/11 | SRR | Receipt and review of correspondence from Debtor's lawyer with sister's offer to purchase; phone call to Joe Olstein | 0.30<br>375.00/hr | 112.50 |

Steven R. Radtke, Trustee                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/11 | SRR | Email to Debtor's attorney re terms of D. Wilhelm's pruchase of securities | 0.10<br>375.00/hr | 37.50 |
| 4/8/11 | SRR | Email from Duncan Farmer re proposed listing price and value of Las Vegas property | 0.20<br>375.00/hr | 75.00 |
|  | SRR | Phone call from Duncan Farmer re interest in listing property | 0.30<br>375.00/hr | 112.50 |
| 4/12/11 | SRR | Email to (.10) and from (.20) Duncan Farmer re status of proposed listing | 0.30<br>375.00/hr | 112.50 |
| 6/1/11 | SRR | Contact Bank of America re setting up account; depositing check | 0.50<br>375.00/hr | 187.50 |
| 6/29/11 | SRR | Email from Duncan Farmer with listing information and property description | 0.30<br>375.00/hr | 112.50 |
| 7/8/11 | SRR | Revise exclusive listing agreement (.50) and forward to Duncan Farmer for review and signature (.20) | 0.70<br>375.00/hr | 262.50 |
| 7/11/11 | SRR | Review and process June bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 7/18/11 | SRR | Email from Duncan Farmer re need for lease agreement | 0.20<br>375.00/hr | 75.00 |
|  | SRR | Email to Duncan Farmer re no lease listed in schedules | 0.10<br>375.00/hr | 37.50 |
|  | SRR | Email to broker re Debtor's inability to lease the property | 0.20<br>375.00/hr | 75.00 |
|  | SRR | Email from broker re proposed buyer's request for lease and problems getting access to property | 0.20<br>375.00/hr | 75.00 |
| 7/19/11 | SRR | Two emails from and to broker regarding problems showing property and tenant issues (.40); phone call from broker regarding prospective purchasers, tenant interference and Debtor collection of rent (.20); phone call to Debtor's attorney regarding problems (.20); follow up email to same (.40) | 1.20<br>375.00/hr | 450.00 |
| 7/29/11 | SRR | Email and phone call from Broker re renter's refusal to show property. | 0.30<br>375.00/hr | 112.50 |

Steven R. Radtke, Trustee                                                                      Page    4

|          |     |                                                                                                                    | Hrs/Rate          | Amount  |
|----------|-----|--------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 8/2/11   | SRR | Phone call to Duncan Farmer to relate my conversation with Debtor's attorney re tenant issues (.20).               | 0.20<br>375.00/hr | 75.00   |
| 8/9/11   | SRR | Email to Broker re access to premises - follow-up emails from Broker and Debtor's attorney.                        | 0.40<br>375.00/hr | 150.00  |
|          | SRR | Review and process July bank statement (.10); reconcile account (.10)                                              | 0.20<br>375.00/hr | 75.00   |
| 8/23/11  | SRR | Phone call to Broker in Las Vegas re tenant/Perrone cooperation re access.                                         | 0.20<br>375.00/hr | 75.00   |
| 9/9/11   | SRR | Email to Duncan Farmer re tenant issues                                                                            | 0.10<br>375.00/hr | 37.50   |
| 9/12/11  | SRR | Review and process August bank statement (.10); reconcile account (.10)                                            | 0.20<br>375.00/hr | 75.00   |
| 9/17/11  | SRR | Email to Duncan Farmer attaching Trustee's application to employ broker and proposed affidavit for review and signature | 0.20<br>375.00/hr | 75.00   |
| 9/27/11  | SRR | Email from Duncan Farmer re Las Vegas eviction action, lack of cooperation from tenants with showing property      | 0.20<br>375.00/hr | 75.00   |
| 9/29/11  | SRR | Receipt and review of proposed offer to purchase for $127,500 and related documents                                | 1.00<br>375.00/hr | 375.00  |
|          | SRR | Receipt and review of proposed purchase agreement and related documents                                            | 0.10<br>375.00/hr | 37.50   |
| 9/30/11  | SRR | Phone call to UST in Las Vegas re Nevada property disclosure forms                                                  | 0.40<br>375.00/hr | 150.00  |
|          | SRR | Phone call to Las Vegas Trustee, Lenny Schwartzer (.30) and Brian Shapiro (.20) re Trustee treatment of new disclosure laws | 0.50<br>375.00/hr | 187.50  |
|          | SRR | Receipt and review of addendum; raise to $137,500 and extend listing agreement                                     | 0.20<br>375.00/hr | 75.00   |
| 10/10/11 | SRR | Review and process September bank statement (.10); reconcile account (.10)                                         | 0.20<br>375.00/hr | 75.00   |
|          | SRR | Email to Duncan Farmer regarding $127,500.00 offer                                                                 | 0.10<br>375.00/hr | 37.50   |

Steven R. Radtke, Trustee                                                    Page    5

|            |     |                                                                                                                           | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 10/10/11   | SRR | Email to Duncan Farmer re offer of bankruptcy sale, "AS IS" and Trustee's unwillingness to sign warranties; rejection of $127,500.00 offer | 0.40 375.00/hr    | 150.00 |
| 10/19/11   | SRR | Phone call to Las Vegas UST August Ladis re local trustee for consultation                                                | 0.30 375.00/hr    | 112.50 |
|            | SRR | Email to Las Vegas Trustee Leonard Schwartzer re local treatment of new Nevada residential disclosure law and forms       | 0.20 375.00/hr    | 75.00  |
| 10/20/11   | SRR | Email from Leonard Schwartzer re trustee's position on new Nevada disclosure law                                          | 0.10 375.00/hr    | 37.50  |
| 11/10/11   | SRR | Phone call to Citimortgage re current balance on Las Vegas property and need for payoff letter.                           | 0.70 375.00/hr    | 262.50 |
|            | SRR | Phone conference with Citimortgage re payoff letter (.50); receipt and review of same (.10)                               | 0.60 375.00/hr    | 225.00 |
| 11/11/11   | SRR | Email to Duncan Farmer re need for contract with original signature                                                       | 0.10 375.00/hr    | 37.50  |
| 11/12/11   | SRR | Review and process October bank statement (.10); reconcile account (.10)                                                  | 0.20 375.00/hr    | 75.00  |
| 11/30/11   | SRR | Email from Jos. Olstein re offer on upcoming sale.                                                                        | 0.10 375.00/hr    | 37.50  |
|            | SRR | Email from J. Olstein re possible bid.                                                                                    | 0.20 375.00/hr    | 75.00  |
| 12/5/11    | SRR | Email to (.20) and from (.10) Las Vegs USR re sale procedure at upcoming Court hearing.                                   | 0.30 375.00/hr    | 112.50 |
| 12/8/11    | SRR | Review, finalize and execute offer to purchase real estate and related documents.                                         | 1.50 375.00/hr    | 562.50 |
| 12/9/11    | SRR | Email to Buyers' broker attaching copy of Court Order granting motion to sell real estate.                                | 0.10 375.00/hr    | 37.50  |
| 12/13/11   | SRR | Review and process November bank statement (.10); reconcile account (.10)                                                 | 0.20 375.00/hr    | 75.00  |
| 12/16/11   | SRR | Two emails from buyers broker re inspection and buyers willingness to proceed with sale                                   | 0.30 375.00/hr    | 112.50 |

Steven R. Radtke, Trustee                                                          Page    6

|            |     |                                                                                                                                                                                    | Hrs/Rate         | Amount |
|------------|-----|------|------|------|
| 12/23/11   | SRR | Receipt and review of lease to Las Vegas property | 0.30<br>375.00/hr | 112.50 |
| 12/29/11   | SRR | Phone conference with Citimortgage re need for current payoff letter for closing (.50); receipt and review of fax from Citimortgage with same (.20) | 0.20<br>375.00/hr | 75.00 |
| 1/6/12     | SRR | Phone conference with C. Beene at Bank of America to confirm receipt of Las Vegas sale proceeds. | 0.10<br>375.00/hr | 37.50 |
| 1/9/12     | SRR | Receipt and review of correspondence from Ta'Mara Guilliard enclosing confirmation of wire transfer and copy of HUD-1 and 1099 for IRS reporting $135K sale | 0.20<br>375.00/hr | 75.00 |
| 1/10/12    | SRR | Phone call to Ta'Mara Guillard re cost basis of Las Vegas property (.30); phone call from same (.10) | 0.40<br>375.00/hr | 150.00 |
| 1/11/12    | SRR | Review and process December bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 1/12/12    | SRR | Phone call to IRS in Philadelphia re possible objection to claim. | 0.70<br>375.00/hr | 262.50 |
| 1/13/12    | SRR | Review all filed claims by creditors pursuant to asset notice. | 1.00<br>375.00/hr | 375.00 |
|            | SRR | Phone call to IRS re status of claim | 0.70<br>375.00/hr | 262.50 |
|            | SRR | Review claims (.80); phone call to Resurgent Capital Services re liability and account number for initial claimant (.50); phone call to Atlas Acquisitions, LLC re need for backup info re account (.40) | 1.70<br>375.00/hr | 637.50 |
| 1/31/12    | SRR | Letter to Ta'Mara Guillard enclosing deed to Santander | 0.20<br>375.00/hr | 75.00 |
| 2/9/12     | SRR | Review and process January bank account (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
|            | SRR | Review and process wire transfer advice re funds received from sale of Las Vegas property | 0.10<br>375.00/hr | 37.50 |

Steven R. Radtke, Trustee                                                      Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/12 | SRR | Receipt and review of tax return re IRS claim. | 0.30<br>375.00/hr | 112.50 |
|  | SRR | Email from Debtor's attorney regarding tax returns (.10); review 2008 and 2009 returns (.30) | 0.40<br>375.00/hr | 150.00 |
| 2/29/12 | SRR | Conference with Debtor's attorney re tax returns, refund and exemptions. | 0.20<br>375.00/hr | 75.00 |
| 3/9/12 | SRR | Review and process February bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 3/11/12 | SRR | Internet search re estimated value of Las Vegas property (.50); analysis of possible equity based on e-ppraisal and Zillow estimates (.30) | 0.80<br>375.00/hr | 300.00 |
| 3/21/12 | SRR | Conference with P.Kessel re recommendation for Las Vegas real estate broker | 0.30<br>375.00/hr | 112.50 |
| 3/22/12 | SRR | Letter from Ticor enclosing copies of original closing documents | 0.20<br>375.00/hr | 75.00 |
| 3/24/12 | SRR | Follow up emails from (.10) and to (.10) P. Kessel re Las Vegas broker | 0.20<br>375.00/hr | 75.00 |
| 4/1/12 | SRR | Phone call from Joe Olstein re proposed sale. | 0.10<br>375.00/hr | 37.50 |
| 4/10/12 | SRR | Review and process March bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 5/7/12 | SRR | Email from Lois West re estate's employer identification number | 0.10<br>375.00/hr | 37.50 |
| 5/10/12 | SRR | Review and process April bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 5/18/12 | SRR | Email from Lois West re documents needed for tax return (.10); assemble same (.50); dictate letter to Lois West regarding same (.20); email to and from Joe Olstein regarding tax issue (.20) | 1.00<br>375.00/hr | 375.00 |
|  | SRR | Assemble documents for accountant to prepare tax returns re basis of assets | 0.50<br>375.00/hr | 187.50 |
| 5/22/12 | SRR | Correspondence from (.10) Lois West enclosing Trustee's tax returns; review same (.50); execute and forward 505(b) requests to taxing bodies (.50). | 1.10<br>375.00/hr | 412.50 |

Steven R. Radtke, Trustee                                                      Page    8

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/12 | SRR | Receipt and review of Federal and Illinois fiduciary income tax returns (.50); execute and mail same; review and execute 5059b) request and forward to taxing authorities (1.00) | 1.50<br>375.00/hr | 562.50 |
| 5/31/12 | SRR | Prepare Final Report | 1.00<br>375.00/hr | 375.00 |
| 6/11/12 | SRR | Review and process May bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 6/15/12 | SRR | Receipt and review of first and final application of Trustee's accountant for compensation and reimbursement of expenses | 0.30<br>375.00/hr | 112.50 |
|  | SRR | Phone conference with Lois West re fee request and mechanics for payment | 0.20<br>375.00/hr | 75.00 |
| 6/23/12 | SRR | Receitp and review of prompt determination letter from IRS | 0.20<br>375.00/hr | 75.00 |
| 6/25/12 | SRR | Receipt and review IRS response to Trustee's 505(b) requests | 0.20<br>375.00/hr | 75.00 |
| 6/28/12 | SRR | Phone call to IRS in Phildelphia regarding status of payment and need to amend claim in lieu of objection (.60); phone call to Ms. Vega in Chicago office; left word (.10) | 0.70<br>375.00/hr | 262.50 |
|  | SRR | Phone call to IRS re objection to claim | 0.60<br>375.00/hr | 225.00 |
| 6/29/12 | SRR | Letter to IRS attaching tax return so claim can be amended. | 0.20<br>375.00/hr | 75.00 |
| 7/3/12 | SRR | Receipt and review of amended claim filed by IRS | 0.20<br>375.00/hr | 75.00 |
| 7/11/12 | SRR | Review and process June bank statement (.10); reconcile same (.10) | 0.20<br>375.00/hr | 75.00 |
| 8/9/12 | SRR | Receive and review July bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
|  |  | For professional services rendered | 40.10 | $15,037.50 |
|  |  | Balance due |  | $15,037.50 |