UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LOUIS A. PERRONE and, | ) | CASE NO. 11-03316 |
| ANDREA M. PERRONE, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtors. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: Steven R. Radtke, Attorney for the Trustee

Authorized to Provide
Professional Service to: Steven R. Radtke, Trustee of the Estate of
LOUIS A. AND ANDREA M. PERRONE

Date of Order Authorizing Employment: March 29, 2011

Period for Which
Compensation is Sought: March 29, 2011 to Close of Case

Amount of Fees Sought: $12,262.50

Amount of Expense
Reimbursement Sought: $56.93

This is a(n):   Interim Application ___   Final Application _X_

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

DATED: _____   By: /s/ Steven R. Radtke
                                     STEVEN R. RADTKE

STEVEN R. RADTKE
79 West Monroe Street, Suite 1305
CHICAGO, IL 60603
(312) 346-1935
PerroneCvrShTrAttyAppFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-03316 |
| LOUIS A. PERRONE and, | ) | Hon. Pamela S. Hollis |
| ANDREA M. PERRONE, | ) | |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
THE TRUSTEE'S ATTORNEYS**

Steven R. Radtke and Chill Chill & Radtke, P.C. ("Applicants"), pursuant to §330 of Title 11, United States Code, request this Court to enter an order allowing compensation and reimbursement of expenses them as attorneys for the Trustee, and in support thereof, respectfully state as follows:

1. Debtors commenced this case by filing their voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 28, 2011.

2. Steven R. Radtke is the duly appointed, qualified and acting trustee in this Chapter 7 case.

3. On March 29, 2011, the Court entered an order authorizing the Trustee to retain Applicants as the Trustee's attorneys. A copy of the Order Authorizing Trustee to retain Applicants as his attorneys is attached hereto as **Exhibit A**.

4. Applicants have served continuously as counsel to the Trustee since the time of their retention.

5. This is Applicants' First and Final Application for allowance of compensation and reimbursement of expenses. It covers the period from the date of this retention through the closing of the case. Applicants have received no compensation or reimbursement of expenses to date.

6. Among the assets of the estate was Andrea M. Perrone's interest in certain inherited securities and Louis A. Perrone's interest in certain real estate located at 6265 Santander Avenue, Las Vegas, Nevada. Most of Applicants' services related to the liquidation of these assets, and Applicants provided necessary legal services which that enabled the Trustee the sale of the securities for $23,056.66 and to sell the Las Vegas real estate for $135,000.00.

7. Applicants have organized and categorized their time in connection with the case, a copy of which is attached hereto as **Exhibit B**.

8. A general description of the time expended in the various categories is as follows:

(a) SALE OF SECURITIES: Services rendered in this category relate to performing the necessary services to determine the nature and value of securities which Andrea M. Perrone inherited from her mother and taking initial efforts to sell the securities on the open market. When Debtor's sister, the owner of the remaining one-half interest in the account holding the inherited securities, offered to purchase the estate's interest in the account, Applicants took the necessary steps to obtain court approval of the sale to the sister. Their efforts resulted in the estate's receipt of the sum of $23,053.66

(b) SALE OF LAS VEGAS REAL ESTATE: On their Schedule A, Debtors listed a joint interest in the real estate located at 6256 Santander Ave., Las Vegas, NV. They valued the property at $126,400.00, subject to a mortgage of $89,113.00. They claimed $30,000.00 in homestead exemptions against the Nevada property, based on Illinois law. The Trustee contacted a broker in Las Vegas who opined that the property was worth $137,500.00. On behalf of the Trustee, Applicants objected to Debtors' claim for a homestead exemption, and the Court sustained the objection. Applicants then obtained court approval of the Trustee's retention of a Las Vegas broker to market the property. The broker's efforts to market the property were burdened by a tenant's refusal to grant access to the premises to the broker and prospective purchasers. Eventually, the broker was able to secure an offer to purchase the property for $127,500.00, subject to certain conditions. Contract negotiations ensued, and Applicants obtained court authority for the Trustee to sell the estates' right, title and interest in the Las Vegas Property for the sum of $135,000.00. Debtors were ordered to turnover to the Trustee copies of all leases to the property and the proposed purchaser would not close without obtaining copies of the lease(s) for the property. Debtors did not turn over the lease until after Applicants prepared and filed a motion for order of civil contempt compelling them to do so. Debtors cooperated before the court was required to decide the motion. Applicants then prepared the necessary documents and performed the necessary services to close on the sale of the Las Vegas property. After paying off the existing mortgage in the amount of $85,805.78, the broker's commission in the amount of $8,100.00 and related paying customary settlement charges and prorations in the amount of $1,644.68 the estate received net proceeds of $36,698.82.

(c) FEE/EMPLOYMENT APPLICATIONS: Time spent or to be spent in this category relates to preparing and presenting the Trustee's Applications to retain the real estate broker to market the Las Vegas real estate, to preparing Applicants' final fee

application and to presenting the Trustee's, Applicants' and the Trustee's accountant's final requests for allowance of compensation and reimbursement of expenses.

(d) TAX MATTERS: The sale of the Nevada real estate was a taxable event. Time spent in this category relates to conferring with the trustee's accountants regarding the tax ramifications of the sale.

9. Applicants' time is allocated as follows:

| ACTIVITY | HOURS | COMPENSATION REQUESTED |
|---|---|---|
| Sale of Securities | 2.60 | $ 975.00 |
| Sale of Real Las Vegas Real Estate | 24.00 | $ 9,000.00 |
| Fee/Employment Applications | 5.40 | $ 2,025.00 |
| Tax Matters | .70 | $ 262.50 |
| **TOTAL** | **32.70** | **$12,262.50** |

10. Based on the nature, extent and value of services performed by Applicants, the compensation requested is fair and reasonable and Applicants request that the Court enter an order allowing the same and authorizing the Trustee to pay said fees in the amount requested.

WHEREFORE, Applicants request that the Court enter an order as follows:

A. Allowing the first and final request for allowance of compensation to Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C., attorneys for the Trustee, in the sum of $12,262.50 plus costs advanced in the sum of $56.93 for a total allowance of $12,319.43; and

B. Granting Applicants such other and further relief as this Court shall deem proper.

Respectfully submitted,

By: /s/ Steven R. Radtke

Steven R. Radtke (#3124816
CHILL, CHILL & RADTKE, P.C.
Attorneys for the Trustee
79 W. Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
PerroneFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                    )   Chapter 7
                                         )   Case No. 11-03316
LOUIS A. PERRONE and,                    )   Hon. Pamela S. Hollis
ANDREA M. PERRONE,                       )
                                         )
            Debtors.                     )

## Affidavit Pursuant to Rule 2016

State of Illinois   )
County of Cook      )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1. I am a principal in Chill, Chill & Radtke, P.C. and am authorized to execute this affidavit on behalf of Chill, Chill & Radtke, P.C.

2. I have read the First and Final Application for Allowance for Compensation and Expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4. Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 3rd day
of October, 2012

_____
Notary Public

PerroneFee

SOCORRO CHAVEZ
OFFICIAL SEAL
MY COMMISSION EXPIRES
MARCH 11, 2014