IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  LOUIS & ANDREA PERRONE ) | CHAPTER 7 |
| ) | |
| DEBTORS ) | Case No.  11 B 03316 |
| ) | |
| ) | HON. PAMELA S. HOLLIS |
| ) | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:  POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:  STEVEN R. RADTKE, TRUSTEE

Date of Order authorizing Employment: MARCH 13, 2012

Period for Which
Compensation is Sought: From May 18, 2012 through May 23, 2012

Amount of Fees Sought: $1,449.00

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application_____  Final Application __X__

Previous applications / allowances of this applicant:

Fees Sought:  NONE           Fees Allowed:  NONE
Costs Sought:  NONE          Costs Allowed:  NONE

Applicant:

Date: June 15, 2012           By: _Lois West_

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL  60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  LOUIS & ANDREA PERRONE        )      CASE NO. 11 B 03316
                                      )
                                      )      CHAPTER 7 CASE
                                      )
                                      )      JUDGE PAMELA S. HOLLIS
         DEBTORS                      )

TO: THE HONORABLE PAMELA S. HOLLIS
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on January 28, 2011 and this Court on March 13, 2012 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $1,449.00 in compensation for 6.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period May 18, 2012 through May 23, 2012.

3. A description of the nature of the services rendered by the Applicant are as follows:

> Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the year ended December 31, 2011 and the final period ended April 30, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 6.3 | $230 | $1,449.00 |
| Total | 6.3 | | $1,449.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,449.00 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: June 15, 2012                RESPECTFULLY SUBMITTED,

                                   *Lois West*
                                   Lois West
                                   Certifying Professional
                                   35 E. Wacker Drive
                                   Chicago, IL 60601-2124

Invoice No. 25691



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Louis & Andrea Perrone  (11-03316)
- c/o Steven R. Radtke, Trustee
- Chill, Chill and Radtke PC
- 79 W. Monroe Street, Suite 1305
- Chicago, IL 60603

**Date:** June 15, 2012         **Account No.:** RAD1003L

For Professional Services Rendered:

For accounting and tax services rendered May 18, 2012 through May 23, 2012 including preparation of federal and state fiduciary income tax returns for the year ended December 31, 2011 and the final period ended April 30, 2012 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                  | Hours | Rate    | Amount     |
|----------|------------------------|-------|---------|------------|
| L. West  | Bankruptcy Specialist  | 6.3   | $230.   | $ 1,449.00 |
|          | Total due:             | 6.3   |         | $ 1,449.00 |

**EXHIBIT A**

**ESTATE OF LOUIS & ANDREA PERRONE (11-03316)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 5/18/2012 | Tax Return Preparation - Review documents received from trustee - email to trustee with additional questions re: sale of stock and cost basis information. | 0.9 | L. West | 230.00 | 207.00 |
| 5/21/2012 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for year ended 12/31/11. Calculate gain on sale of stock. Review 2012 transaction re: sale of real estate and contact trustee for cost basis of property sold. | 2.8 | L. West | 230.00 | 644.00 |
| 5/22/2012 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for period ended 4/30/12. Calculate loss on sale of real estate located in Las Vegas NV. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. | 2.2 | L. West | 230.00 | 506.00 |
| 5/23/2012 | Tax Review - Final review - check assembly and sign returns for year ended 12/31/11 and final period ended 4/30/12 - forms 1041/1040 and IL-1041/IL-1040. | 0.4 | L. West | 230.00 | 92.00 |
| | **Total** | **6.3** | | | **1,449.00** |

EXHIBIT A