UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOUIS A PERRONE § Case No. 11-03316
ANDREA M PERRONE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:30 a.m. on November 1, 2012
        in Courtroom 644, U.S. Courthouse
        219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____Kenneth S. Gardner_____
                                                             Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOUIS A PERRONE § Case No. 11-03316
ANDREA M PERRONE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 158,171.23 |
| and approved disbursements of | $ | 98,874.90 |
| leaving a balance on hand of[1] | $ | 59,296.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE STEVEN R. RADTKE | $ 11,158.56 | $ 0.00 | $ 11,158.56 |
| Trustee Expenses: TRUSTEE STEVEN R. RADTKE | $ 5.40 | $ 0.00 | $ 5.40 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 12,262.50 | $ 0.00 | $ 12,262.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 56.93 | $ 0.00 | $ 56.93 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,449.00 | $ 0.00 | $ 1,449.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 24,932.39 |
| Remaining Balance | $ 34,363.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,660.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 37,930.26 | $ 0.00 | $ 9,679.37 |
| 3 | N. A. Chase Bank Usa | $ 1,685.72 | $ 0.00 | $ 430.18 |
| 4 | Atlas Acquisitions Llc | $ 943.15 | $ 0.00 | $ 240.68 |
| 5 | Atlas Acquisitions Llc | $ 519.62 | $ 0.00 | $ 132.60 |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 45,583.91 | $ 0.00 | $ 11,632.50 |
| 7 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 14,412.26 | $ 0.00 | $ 3,677.85 |
| 8 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 5,027.77 | $ 0.00 | $ 1,283.03 |
| 9 | Na/Bank Of America Fia Card Services | $ 12,126.54 | $ 0.00 | $ 3,094.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Na/Bank Of America Fia Card Services | $ 10,606.69 | $ 0.00 | $ 2,706.71 |
| 11 | Na/Bank Of America Fia Card Services | $ 5,824.97 | $ 0.00 | $ 1,486.47 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 34,363.94 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-03316-PSH
Louis A Perrone                                                           Chapter 7
Andrea M Perrone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt          Page 1 of 3          Date Rcvd: Oct 05, 2012
                             Form ID: pdf006        Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2012.
```
db/jdb     +Louis A Perrone,    Andrea M Perrone,    1145 N Lincoln,    Park Ridge, IL 60068-2026
16731940    1st Crd Srvc (Original Creditor:05,    O    W      C Suite 410,   Woodbridge, NJ 07095
16731941   +Accrdhom,    16550 W Bernardo Dr. Bldg 1,    San Diego, CA 92127-1870
16731942   +Bachomelns,    450 American St,    Simi Valley, CA 93065-6285
16731943   +Bachomeloans,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
16731947  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
16731946   +Charter One Na,    870 Westminster St,    Providence, RI 02903-4024
16731949   +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16731948   +Chase,    N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
16731950   +Chase - Cc,    P.O. Box 15298,   Wilmington, DE 19850-5298
17198196    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16731951   +Chase-Bp,    Po Box 15298,   Wilmington, DE 19850-5298
16731952   +Chase-Toyrus,    P.O. Box 15298,   Wilmington, DE 19850-5298
16731953   +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
16731955   +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
16731957   #+Everhome Mtg,    8100 Nations Way,    Jacksonville, FL 32256-4405
16731958   +First Usa Bank N A,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
16731965  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
16731964   #+Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
16731966   +Hsbc/Bstby,    1405 Foulk Road,   Wilmington, DE 19803-2769
16731967   +Hsbc/Bstby,    Pob 15521,   Wilmington, DE 19850-5521
16731968   +Hsbc/Carsn,    Po Box 15521,   Wilmington, DE 19850-5521
16731969   +Hsbc/Ms,    Po Box 3425,   Buffalo, NY 14240-3425
16731970   +Hsbc/Vlcty,    1405 Foulk Road,   Wilmington, DE 19803-2769
16731971   +Illinois Collection Service,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
16731972    Illinois Department of Revenue,    C/O Bankruptcy Department,    100 West Randolph, Level 7 Rm 425,
             Chicago, IL 60601
16731975   +Litton Loan,    4828 Loop Central,    Houston, TX 77081-2166
16731977   +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
16731978    Mid Americ,    55th & Holmes,   Claredon Hills, IL 60514
16731983   +Ntl City Mtg,    3232 Newark Dr,    Miamisburg, OH 45342-5421
16731984   +Ocwen Loan,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
16731985    Prin Res Mtg,    Pob 711,   Des Moines, IA 50303
16731986   +Principal Residentl Mt,    711 High St,    Des Moines, IA 50392-0001
16731987   +Rnb-Fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
16731989   +Saxon Mtg,    Po Box 161489,   Fort Worth, TX 76161-1489
16731990   +Sears/Cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
16731991   +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
16731992   +Thd/Cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
16731993   +Vila Pk T&S,    10 South Villa,   Villa Park, IL 60181-2649
16731994   +Wfnnb/Express,    4590 E Broad St,   Columbus, OH 43213-1301
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17116801     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2012 00:31:21
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK   73124-8840
17542522     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2012 00:31:34
              American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK   73124-8840
17203545    +E-mail/Text: bnc@atlasacq.com Oct 06 2012 00:26:35     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
16731973     E-mail/Text: cio.bncmail@irs.gov Oct 06 2012 00:24:18     Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,   Philadelphia PA   19101-7346
16731956    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 06 2012 00:42:43     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
17507104     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2012 00:30:32
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK   73124-8809
16731959    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:30:45     Gemb/Dsgi,   P.O. Box 981400,
              El Paso, TX 79998-1400
16731960    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:30:05     Gemb/Jcp,   Po Box 981402,
              El Paso, TX 79998-1402
16731961    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:31:22     Gemb/Jcp Dc,   Po Box 981402,
              El Paso, TX 79998-1402
16731962    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:42:50     Gemb/Sams,   Po Box 981400,
              El Paso, TX 79998-1400
16731963    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:30:31     Gemb/Sams Club,   Po Box 981400,
              El Paso, TX 79998-1400
16731974    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 06 2012 00:25:25      Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 3                  Date Rcvd: Oct 05, 2012
                               Form ID: pdf006            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
16731976     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 06 2012 00:24:59     Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
16731979     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2012 00:25:39     Midland,
              8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
16731980     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2012 00:25:39     Midland Cred,
              8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
16731981     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2012 00:25:39     Midland Credit Mgmt,   8875 Aero Dr,
              San Diego, CA 92123-2255
16731982     +E-mail/Text: bankrup@nicor.com Oct 06 2012 00:25:07     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
17336863     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 06 2012 00:24:59
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16731988     +E-mail/Text: SBONNEMA@ROGENT.COM Oct 06 2012 00:26:00     Rogers & Hol,    Po Box 879,
              Matteson, IL 60443-0879
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16731944     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16731945     ##+Bk Of Amer,   Po Box 17054,   Wilmington, DE 19850-7054
16731954      ##Citimortge,   Po Box 9438,Dept 0251,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: dpruitt              Page 3 of 3                  Date Rcvd: Oct 05, 2012
                               Form ID: pdf006            Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2012 at the address(es) listed below:

          Chad M. Hayward   on behalf of Debtor Louis Perrone courtnotice@haywardlawoffices.com,
           ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com

          Michael J Kalkowski   on behalf of Creditor  JPMC Specialty Mortgage LLC
           mkalkowski@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com

          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

          Steven R Radtke   sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com

          Steven R Radtke   on behalf of Attorney Steven Radtke sradtke@chillchillradtke.com

                                                                                       TOTAL: 5