# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOUIS A PERRONE | § | Case No. 11-03316 |
| ANDREA M PERRONE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Charter One Na 870 Westminster St Providence, RI 02903 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Citimortge Po Box 9438,Dept 0251 Gaithersburg, MD 20898-9438 | | | | | |
| | Saxon Mtg Po Box 161489 Fort Worth, TX 76161 | | | | | |
| | Ticor Title of Nevada | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| TRUSTEE STEVEN R. RADTKE | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| Bank of America | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Ticor Title of Nevada | | | | | |
| Ticor Title of Nevada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue C/O Bankruptcy Department 100 West Randolph, Level 7 Rm 425 Chicago, IL 60601 | | | | | |
| | Internal Revenue CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 Philadelphia, PA 19114-0326 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Crd Srvc (Original Creditor:05 O W C Suite 410 Woodbridge, NJ 07095 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accrdhom 16550 W Bernardo Dr. Bldg 1 San Diego, CA 92127 | | | | | |
| | Accrdhom 16550 W Bernardo Dr. Bldg 1 San Diego, CA 92127 | | | | | |
| | Bachomelns 450 American St Simi Valley, CA 93065 | | | | | |
| | Bachomeloans 450 American St Credit Reporting S Simi Valley, CA 93065 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bk Of Amer Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bk Of Amer Po Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase - Cc P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Toyrus P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank 1 Citizens Dr Riverside, RI 02915 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Everhome Mtg 8100 Nations Way Jacksonville, FL 32256 | | | | | |
| | First Usa Bank N A 3565 Piedmont Rd Ne Atlanta, GA 30305 | | | | | |
| | Gemb/Dsgi P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Dc Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Sams Club Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Sams Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hfc Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Bstby Pob 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Ms Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Hsbc/Ms Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Hsbc/Vlcty 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Illinois Collection Service 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Litton Loan 4828 Loop Central Houston, TX 77081 | | | | | |
| | Litton Loan 4828 Loop Central Houston, TX 77081 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mid Americ 55th & Holmes Claredon Hills, IL 60514 | | | | | |
| | Midland 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Cred 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Ntl City Mtg 3232 Newark Dr Miamisburg, OH 45342 | | | | | |
| | Ocwen Loan 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Prin Res Mtg Pob 711 Des Moines, IA 50303 | | | | | |
| | Principal Residentl Mt 711 High St Des Moines, IA 50392 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rogers & Hol Po Box 879 Matteson, IL 60443 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 |  |  |  |  |  |
|  | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Vila Pk T&S 10 South Villa Villa Park, IL 60181 |  |  |  |  |  |
|  | Wfnnb/Express 4590 E Broad St Columbus, OH 43213 |  |  |  |  |  |
| 1 | American Infosource Lp As Agent For |  |  |  |  |  |
| 4 | Atlas Acquisitions Llc |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Atlas Acquisitions Llc | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| 9 | Na/Bank Of America Fia Card Services | | | | | |
| 10 | Na/Bank Of America Fia Card Services | | | | | |
| 11 | Na/Bank Of America Fia Card Services | | | | | |
| 6 | Pyod Llc Its Successors And Assigns As Assignee Of | | | | | |
| 7 | Pyod Llc Its Successors And Assigns As Assignee Of | | | | | |
| 8 | Pyod Llc Its Successors And Assigns As Assignee Of | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-03316 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | LOUIS A PERRONE | | | | Date Filed (f) or Converted (c): | 01/28/2011 (f) |
| | ANDREA M PERRONE | | | | 341(a) Meeting Date: | 03/14/2011 |
| For Period Ending: | 12/12/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Primary Residence 1145 N Lincoln, Park Ridge, IL 60068 zillo | 289,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  Property 1021 N Knight, Park Ridge, IL 60068 | 253,333.00 | 21,762.00 | OA | 0.00 | FA |
| 3.  Property 6265 Santander Avenue, Las Vegas, NV 89103 | 126,400.00 | 37,287.00 | | 135,112.94 | FA |
| 4.  Checking account with Citibank | 100.00 | 100.00 | OA | 0.00 | FA |
| 5.  Checking account with Harris Bank | 900.00 | 450.00 | OA | 0.00 | FA |
| 6.  Checking Account with CharterOne Bank. | 100.00 | 100.00 | OA | 0.00 | FA |
| 7.  Checking Account With Harris Bank. | 100.00 | 100.00 | OA | 0.00 | FA |
| 8.  Household Goods and furniture | 300.00 | 300.00 | OA | 0.00 | FA |
| 9.  Clothing | 400.00 | 400.00 | OA | 0.00 | FA |
| 10. 1000 Shares of Stock in Chicago Land Builders. | 1.00 | 1.00 | OA | 0.00 | FA |
| 11. $38,000.00 worth of stock inheritance. | 19,000.00 | 19,000.00 | | 23,053.66 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.63 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $689,634.00 | $79,500.00 | | $158,171.23 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold stock; trustee's motion for authority to sell real estate in las vegas nevada set for hearing on December 6, 2011; sale concluded; waited for tax returns and response from IRS re 505(b) request; TFR prepared and needs final review before sending to UST Reviewer for ok to file; filed same; orders entered; checks mailed 11/5/12

Initial Projected Date of Final Report (TFR): 09/28/2012        Current Projected Date of Final Report (TFR):

Page: 1

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-03316 | Trustee Name: STEVEN R. RADTKE |
| Case Name: LOUIS A PERRONE | Bank Name: Associated Bank |
| ANDREA M PERRONE | Account Number/CD#: XXXXXX0153 |
| | Checking |
| Taxpayer ID No: XX-XXX6198 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0593 | Transfer of Funds | 9999-000 | $59,296.33 | | $59,296.33 |
| 11/05/12 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $11,158.56 | $48,137.77 |
| 11/05/12 | 1002 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,449.00 | $46,688.77 |
| 11/05/12 | 1003 | TRUSTEE STEVEN R. RADTKE 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $5.40 | $46,683.37 |
| 11/05/12 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $12,262.50 | $34,420.87 |
| 11/05/12 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $56.93 | $34,363.94 |
| 11/05/12 | 1006 | American Infosource Lp As Agent For Citibank (South Dakota) N.A. Po Box 248840 Oklahoma City, Ok 73124-8840 | Final distribution to claim 1 representing a payment of 25.52 % per court order. | 7100-000 | | $9,679.37 | $24,684.57 |
| 11/05/12 | 1007 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Final distribution to claim 10 representing a payment of 25.52 % per court order. | 7100-000 | | $2,706.71 | $21,977.86 |

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Page Subtotals:                $59,296.33        $37,318.47

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-03316 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | LOUIS A PERRONE | | Bank Name: | Associated Bank |
| | ANDREA M PERRONE | | Account Number/CD#: | XXXXXX0153 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6198 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2012 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/12 | 1008 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Final distribution to claim 11 representing a payment of 25.52 % per court order. | 7100-000 | | $1,486.47 | $20,491.39 |
| 11/05/12 | 1009 | N. A. Chase Bank Usa Po Box 15145 Wilmington, De 19850-5145 | Final distribution to claim 3 representing a payment of 25.52 % per court order. | 7100-000 | | $430.18 | $20,061.21 |
| 11/05/12 | 1010 | Atlas Acquisitions Llc 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 4 representing a payment of 25.52 % per court order. | 7100-000 | | $240.68 | $19,820.53 |
| 11/05/12 | 1011 | Atlas Acquisitions Llc 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 5 representing a payment of 25.52 % per court order. | 7100-000 | | $132.60 | $19,687.93 |
| 11/05/12 | 1012 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Final distribution to claim 6 representing a payment of 25.52 % per court order. | 7100-000 | | $11,632.50 | $8,055.43 |
| 11/05/12 | 1013 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Final distribution to claim 7 representing a payment of 25.52 % per court order. | 7100-000 | | $3,677.85 | $4,377.58 |
| 11/05/12 | 1014 | Pyod Llc Its Successors And Assigns As Assignee Of Citibank, Na, Na C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602- | Final distribution to claim 8 representing a payment of 25.52 % per court order. | 7100-000 | | $1,283.03 | $3,094.55 |
| 11/05/12 | 1015 | Na/Bank Of America Fia Card Services Fia Card Services, Na/Bank Of America By American Infosource Lp As Its Agent Po Box 248809 Oklahoma City, Ok 73124-8809 | Final distribution to claim 9 representing a payment of 25.52 % per court order. | 7100-000 | | $3,094.55 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $21,977.86 | |

Case 11-03316   Doc 58   Filed 12/14/12   Entered 12/14/12 11:17:25   Desc Main
Document      Page 18 of 23

Exhibit 9

|  | | |
|---|---|---|
| COLUMN TOTALS | $59,296.33 | $59,296.33 |
| Less: Bank Transfers/CD's | $59,296.33 | $0.00 |
| Subtotal | $0.00 | $59,296.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $59,296.33 |

Page Subtotals:                    $0.00            $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-03316

Case Name: LOUIS A PERRONE
ANDREA M PERRONE

Taxpayer ID No: XX-XXX6198

For Period Ending: 12/12/2012

Trustee Name: STEVEN R. RADTKE

Bank Name: Bank of America

Account Number/CD#: XXXXXX9973

Money Market Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/11 | 11 | Donna Wilhelm | proceeds of sale of stock Official Check from Charter One #530593649-3 | 1129-000 | $23,053.66 | | $23,053.66 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.16 | | $23,053.82 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,054.01 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $23,054.21 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,054.40 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $23,054.60 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.37 | $23,025.23 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $23,025.42 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.39 | $22,997.03 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $22,997.22 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.35 | $22,968.87 |
| 01/06/12 | | Ticor Title of Nevada 2285 Corporate Circle, Suite 130 Henderson, NV 89074 | Proceeds of Sale | | $36,689.82 | | $59,658.69 |
| | | | Gross Receipts          $135,112.94 | | | | |
| | 3 | | Property 6265 Santander Avenue, Las Vegas, NV 89103   $135,112.94 | 1110-000 | | | |
| | | | Broker's commission     ($8,100.00) | 3510-000 | | | |
| | | | Title Charges             ($300.00) | 3520-000 | | | |

Page Subtotals:                                                                          $59,744.80        $86.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-03316 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: LOUIS A PERRONE | Bank Name: Bank of America | |
| ANDREA M PERRONE | Account Number/CD#: XXXXXX9973 | |
| | Money Market Account | |
| Taxpayer ID No: XX-XXX6198 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Home Warranty ($455.00) | 2500-000 | | | |
| | | | Homeowner Association Fee ($125.00) | 2500-000 | | | |
| | | | RE Transaction Fee-Listing to Ameridream ($495.00) | 2500-000 | | | |
| | | | Sewer Dues to Clark County Water Reclamation District ($175.68) | 2500-000 | | | |
| | | | Sanitation Dues to Republic Services of Southern Nevada ($94.00) | 2500-000 | | | |
| | | | Payoff of first mortgage loan to CitiMortgage ($85,805.78) | 2500-000 | | | |
| | | | Transfer Tax ($688.50) | 2500-000 | | | |
| | | | Owners Policy ($820.00) | 2500-000 | | | |
| | | | Credit for Tenant Deposit ($1,350.00) | 2500-000 | | | |
| | | | County Taxes ($13.12) | 4700-000 | | | |
| | | | HOA ($1.04) | 2500-000 | | | |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.47 | | $59,659.16 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.72 | $59,588.44 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.47 | | $59,588.91 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.82 | $59,518.09 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.50 | | $59,518.59 |

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

Page Subtotals:                                   $1.44        $141.54

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-03316 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: LOUIS A PERRONE | Bank Name: Bank of America | |
| ANDREA M PERRONE | Account Number/CD#: XXXXXX9973 | |
| | Money Market Account | |
| Taxpayer ID No: XX-XXX6198 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.18 | $59,445.41 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.49 | | $59,445.90 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.52 | $59,370.38 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.50 | | $59,370.88 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.43 | $59,295.45 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.48 | | $59,295.93 |
| 07/25/12 | INT | Bank of America | Post accrued interest for account number 4437829973. | 1270-000 | $0.40 | | $59,296.33 |
| 07/25/12 | | Transfer to Acct # xxxxxx0593 | Transfer of Funds from MMA account xxx9973 to Checking account xxx0593 | 9999-000 | | $59,296.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $59,748.11 | $59,748.11 |
| Less: Bank Transfers/CD's | $0.00 | $59,296.33 |
| Subtotal | $59,748.11 | $451.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,748.11 | $451.78 |

| | | |
|---|---|---|
| Page Subtotals: | $1.87 | $59,520.46 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-03316

Case Name: LOUIS A PERRONE
         ANDREA M PERRONE

Taxpayer ID No: XX-XXX6198

For Period Ending: 12/12/2012

Trustee Name: STEVEN R. RADTKE

Bank Name: Bank of America

Account Number/CD#: XXXXXX0593
          Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/12 | | Transfer from Acct # xxxxxx9973 | Transfer of Funds from MMA account xxx9973 to Checking account xxx0593 | 9999-000 | $59,296.33 | | $59,296.33 |
| 08/31/12 | | Transfer to Acct # xxxxxx0153 | Transfer of Funds | 9999-000 | | $59,296.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $59,296.33 | $59,296.33 |
| Less: Bank Transfers/CD's | $59,296.33 | $59,296.33 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

Page Subtotals:      $59,296.33      $59,296.33

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0153 - Checking | $0.00 | $59,296.33 | $0.00 |
| XXXXXX0593 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9973 - Money Market Account | $59,748.11 | $451.78 | $0.00 |
| | $59,748.11 | $59,748.11 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $98,423.12 |
| Total Net Deposits: | $59,748.11 |
| Total Gross Receipts: | $158,171.23 |

Page Subtotals:                    $0.00              $0.00